**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| CALVIN SCOTT WEDINGTON, | Civil No. 12-2808 (JRT/FLN) |
| Petitioner, | |
| v. | **ORDER CORRECTING TYPOGRAPHICAL ERROR** |
| ERIC HOLDER, *Attorney General*, and JANET RENO, | |
| Respondents. | |

---

Calvin Scott Wedington, #18915-037, Federal Medical Center, PMB 4000, Rochester, MN 55904, petitioner *pro se*.

Ann M. Bildtsen, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for respondents.

Pursuant to Fed. R. Civ. P. 60(a), the Court amends a typographical error on page 7 of its Memorandum Opinion and Order, dated January 2, 2013 [Docket No. 10]. In the ordering section, paragraph "3."should have been paragraph "2." Please replace the Order with the attached corrected Memorandum Opinion and Order.

DATED: January 4, 2013
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge